**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jeff SIBLEY, Defendant–Appellant.**

**No. 06–10995**
**Conference Calendar.**

United States Court of Appeals,
Fifth Circuit.

June 6, 2007.

Bret E. Helmer, U.S. Attorney's Office Northern District of Texas, Fort Worth, TX, for Plaintiff–Appellee.

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Raymond J. Rodgers, Federal Public Defender's Office Northern District of Texas, Fort Worth, TX, for Defendant–Appellant.

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM: *

Appealing the Judgment in a Criminal Case, Jeff Sibley preserves for further review his contention that his sentence is unreasonable because this court's post-*Booker*** rulings have effectively reinstated the mandatory Sentencing Guideline regime condemned in *Booker.* Sibley's argument is foreclosed by *United States v. Mares,* 402 F.3d 511 (5th Cir.2005), and its progeny, which have outlined this court's methodology for reviewing sentences for reasonableness. The Government's motion for summary affirmance is GRANTED, and the judgment of the district court is AFFIRMED.

---

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

** *United States v. Booker,* 543 U.S. 220, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005).